| DIST/OFFICE | YR. | DOCKET NUMBER | FILING DATE | J | N/S | O R | R | DEMAND | JUDGE | JURY | OTHER DEM. | YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 869/3 | 76 | 3026 | 05 11 76 | 2 | 360 | 1 | | | | | | 76 | 3026 |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| HIATT, Charles, Executor of the Estate of Peter Hiatt, Deceased | USA |

**CAUSE**

28 USC 2671  Wrongful death caused by negligent acts and failure to act on part of the doctor employed by Public Health Service

JMH

**ATTORNEYS**

David L. Bergren
Bergren & Duffy
Box 7
Ft. Pierre, S. Dak. 57732
223-2527

Peter J. Horner

| CHECK HERE IF CASE WAS FILED IN | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |

| DATE 1976 | NR. | PROCEEDINGS |
|---|---|---|
| May 11 | 1 | Filing Civil Cover Sheet |
| May 11 | 2 | Filing Complaint |
| May 11 | | Issuing Summons.  Fur. 3 copies for service and del. summons and complaint to Marshal in Rapid City personally |
| May 20 | 3 | Summons for U.S. returned and filed |
| July 19 | 4 | Filing Stipulation and Order of Enlargement of Time to Answer |
| July 19 | | Notice of Entry and copy of Stipulation and Order mailed David Bergren and Peter Horner |
| July 23 | 5 | Filing Answer |
| Aug. 11 | 6 | Filing Interrogatories to Plaintiff |
| 1977 | | |
| Jan. 6 | 7 | Filing Answer of Plaintiff to Defendant's Interrogatories |
| 1979 | | |
| Feb. 23 | 8 | PRETRIAL Order For Court Trial filed |
| Feb. 23 | | Notice of Entry and copy of Pretrial Order mailed to David Bergren and U.S. Attorney's Office, SF |
| Feb. 23 | 9 | NOTICE Of Court Trial (4/9/79) filed |
| Nov. 15 | 10 | Stipulation and Order dismissing case & for Dfdt. to pay Plff. $500 |
| Nov. 15 | 11 | Order dismissing case & for Dfdt. to pay Plff. $500 filed |
| Nov. 15 | | Notice of Entry and copy of order mailed to David L. Bergren and Peter J. Horner. |
| Nov. 15 | | Enter Memo of Judgment in J.L.D. |
| 1980 | | |
| May 2 | 12 | Release of Tort Claim Against the United States of America filed |
| May 2 | 13 | Stipulation and Order of Dismissal with prejudice filed |
| May 2 | | Notice of Entry and copy of Stipulation and Order mailed David Bergren and U.S. Atty. |